UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



LAWRENCE YOUNG,

                Plaintiff,

-v-

DYLAN'S CANDYBAR, LLC,

                Defendant.

No. 17-cv-7156 (RJS)
<u>ORDER</u>

<u>RICHARD J. SULLIVAN</u>, District Judge:

    The Court is in receipt of a letter from Plaintiff informing the Court that the parties have reached a settlement. (Doc. No. 18.) Accordingly, IT IS HEREBY ORDERED THAT this case is dismissed with prejudice but without costs. IT IS FURTHER ORDERED THAT the Court retains jurisdiction to enforce the settlement agreement. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994). However, within thirty days of the date of this Order, any party may send a letter requesting to restore this action to the docket with an explanation for the request. The Clerk of the Court is respectfully directed to close this case.

SO ORDERED.

Dated:    January 24, 2018
            New York, New York

                                              RICHARD J. SULLIVAN
                                              UNITED STATES DISTRICT JUDGE